USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/23/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA SHASHA AND VIVIENNE PERO, CO-TRUSTEES OF THE VIOLET SHUKER SHASHA TRUST, LAURENCE ADLER AND SHIRLEY ADLER, TRUSTEES OF THE ADLER FAMILY TRUST, MYRNA JOY EDELMAN, TRUSTEE OF THE 2006 GILBERT M. EDELMAN INTER VIVOS TRUST, THE EMPIRE STATE LIQUIDITY FUND LLC, MARY JANE FALES, MELVYN H. HALPER, PHYLLIS J. HALPER, AND WENDY TAMIS,

      Petitioners,

-against-

PETER L. MALKIN, ANTHONY E. MALKIN, THOMAS N. KELTNER, JR, AND ESRT MH HOLDINGS, LLC

      Respondents.

21 Civ. 6887 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On August 16, 2021, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. They additionally filed a memorandum in support of the petition, a declaration and supporting documents, and a statement pursuant to Local Rule 56.1, consistent with the treatment of such petitions as a motion for summary judgment. ECF Nos. 18–20. *See D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d. Cir. 2006). Accordingly, Respondents shall file their opposition by **September 7, 2021**. By **September 14, 2021**, Petitioners shall file their reply, if any.

  SO ORDERED.

Dated: August 23, 2021
   New York, New York

                 _____
                    ANALISA TORRES
                  United States District Judge